

# THE LEACH FIRM

April 4, 2024

**<u>VIA PRIORITY MAIL</u>**
Wacko's Too, Inc. d/b/a Wacko's Gentlemen's Club
3701 Emerson Street
Jacksonville, FL 32207

Milton Howard
3701 Emerson Street
Jacksonville, FL 32207

Thomas Harvey Shuman, II – Registered Agent
3701 Emerson Street
Jacksonville, FL 32207

        *Re:*   *Nellie Brooks vs. Wacko's Too, Inc. d/b/a Wacko's Gentlemen's Club*

To Whom It May Concern:

    This firm represents Nellie Brooks regarding unlawful employment practices brought to our attention. As you may know, Ms. Brooks was employed as an entertainer for Wacko's Too, Inc. d/b/a Wacko's Gentlemen's Club (the "Company").

## I.   <u>BRIEF STATEMENT OF FACTS</u>

    Ms. Brooks alleges that as a tipped employee, she was entitled to the protections of tipped employees under 29 U.S.C. 203(m). Specifically, the Company violated the law for two reasons. First, your company failed to pay her any direct wages in addition to her tips, which violates the minimum wage provisions of state and federal statutes. At the minimum, tipped employees in Florida must be paid an hourly wage. The overwhelming majority of courts across the country have ruled that adult dancers like Ms. Brooks are employees, not independent contractors, and must be paid an hourly wage no matter how much they earned in tips. Failure to pay any direct wage means that your company must now pay at least minimum wage for every hour worked.

    Ms. Brooks is seeking damages as she was subject to tip credit violations is seeking damages on behalf of herself and the group of entertainers who work/worked for the Company within the last five years. Each of these entertainers are/were subject to the same tip credit violations. These policies and pay practices violate the tip credit provisions under Florida law and each entertainer who worked for the Company within the last five years is entitled to full minimum wage ($10.00 in 2021, $11.00 in 2022, and $12.00 in 2023) for each documented hour worked.

*Demand Letter*
*Nellie Brooks vs. Wacko's Too, Inc. d/b/a Wacko's Gentlemen's Club*
*Page 2 of 4*

Ms. Brooks estimates the following work dates, hours and alleged unpaid wages for which payment is sought:

1. January 2021 – December 2021: Fifty-two (52) weeks of employment, for a total of 2,080 hours (based on an average of 40 hours per week). Thus, she would be owed the following: Minimum Wage: 2,080 hours x $10.00 for minimum wage damages= **$20,800.00.**

2. January 2022 – December 2022: Fifty-Two (52) weeks of employment, for a total of 2,080 hours (based on an average of 40 hours per week). Thus, she would be owed the following: Minimum Wage: 2,080 hours x $11.00 for minimum wage damages= **$22,880.00.**

3. January 2023 – February 2023: Eight (8) weeks of employment, for a total of 320 hours (based on an average of 40 hours per week). Thus, she would be owed the following: Minimum Wage: 320 hours x $12.00 for minimum wage damages = **$3,840.00.**

4. Repayment of Tips: Ms. Brooks also estimates that she lost out on at least $150.00 per shift (approximating 5 shifts every week, for a total of 485 shifts) in misappropriated tips. **$72,750.00**

5. **Total Owed = $120,270.00, excluding attorney's fees.**

Applying an estimated average of forty (40) hours per week over 52 weeks to the entire class (multiplied by 30 estimated class members), the entire class is estimated to be owed **$2,059,200.00** in unpaid damages.

Thus, to resolve this matter, the Company must pay **$2,059,200.00** to the class of servers for these unpaid minimum wages. Alternatively, if your client provides relevant pay and time records for each putative class member, we will amend the offer above based on the information you provide.

As you know, you have been under a duty to preserve any relevant documents and electronically stored information which relates to my client's claims for minimum wage compensation. This includes any electronically stored information related to time clocks, timecards, schedules, register receipts, log-in records of my client, deductions for uniforms or walk-outs, or any other relevant physically or electronically stored information. If this information is destroyed, you can be subject to sanctions under law.

Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our clients, we will pursue a claim for retaliation.

*Demand Letter*
*Nellie Brooks vs. Wacko's Too, Inc. d/b/a Wacko's Gentlemen's Club*
*Page 3 of 4*

## III. NEXT STEPS

### Duty to Preserve Evidence

This letter shall also serve as formal notice to the Company, its Officers, Directors and members of the Board of Directors, or any related entities with an interest in the Company to preserve all evidence and information that may be relevant to the pending legal claim and lawsuit. Specifically, the Company must make an affirmative effort to preserve all paper documents, videos, recordings and electronically stored information ("ESI") on all devices in their possession or control, regardless of the source of the documents or ESI. "Preserving" the documents and ESI means that they must not be destroyed, deleted or modified. In an abundance of caution, the Company are to undertake these preservation obligations as to all of the above information, sources and devices regardless of whether the Company think the information, source or device is relevant - e.g., preserve all text messages on any cell phone or other device within the past year regardless of the sender or recipient and regardless of their content. The Company's failure to comply can result in sanctions being imposed by the Court for spoliation of evidence or potential evidence.

Pursuant to Florida Statute 627.4137(1)(e), please provide a statement under oath of a corporate officer of the insurer's claims manager or superintendent setting forth the following information with regard to each known policy of insurance, including excess and umbrella insurance which encompasses the claims of my clients.

A. Name of insurer.
B. The name of each insured.
C. Limits of liability coverage or bodily injury coverage.
D. A statement of any policy or coverage defenses which such insurer reasonably believes is available to such insurer at the time of filing such statement.
E. A complete and certified copy of all policies of insurance (and policy numbers) held, including all endorsements, amendments, schedules and certificates related thereto.

If you do not have insurance relating to the aforementioned claims, please advise. Please forward the requested information to your insurance carrier upon receipt of this letter.

## IV. CONCLUSION

We have strongly encouraged Ms. Brooks to bring her claims before a jury. To that extent, we are prepared to file suit on her behalf. If the Company is interested in making a sincere effort to explore the possibility of an informal and confidential resolution, please contact me by **April 18, 2024**. If I do not hear from you by that time, we will assume that the Company is not interested in entering into a pre-litigation settlement dialogue and we will proceed accordingly.

  If an agent or representative of the Company would like to discuss this matter further, I may be contacted directly at (407) 543-6976, or by email at ablanc@theleachfirm.com (please copy my assistant at yhernandez@theleachfirm.com).

            Very truly yours,

            Annie L. Blanc, Esq.

cc: client

**stamps endicia**   Shipping Label Receipt

Delivery Confirmation™ Service Number:

9405 5112 0620 4353 3090 95

Priority Mail with USPS TRACKING #*
Electronic Service Fee: $0.00
Additional Services: Insured
Total Postage and Fees: $7.99
Weight: 1 oz
Print Date: 04/04/2024          Mailing Date: 04/04/2024

From:   Carlos Leach
        The Leach Firm, P.A.
        1560 Orange Ave Ste 600
        Winter Park FL 32789-5552

To:     Wacko's Too, Inc
        Wacko's Gentlemen's Club
        3701 Emerson St
        Jacksonville FL 32207-5642

                                            USPS
                                          Postmark
                                            Here

*Regular Priority Mail Service postage rates apply. There is no fee for Delivery Confirmation™ service on Priority Mail services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

---



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComBasPrice
062S0001443278
8832822
FROM 32789
stamps endicia
04/04/2024

**USPS PRIORITY MAIL ®**

Carlos Leach
The Leach Firm, P.A.
1560 Orange Ave Ste 600
Winter Park FL 32789-5552

SHIP TO:   Wacko's Too, Inc
           Wacko's Gentlemen's Club
           3701 Emerson St
           Jacksonville FL 32207-5642

USPS TRACKING #



9405 5112 0620 4353 3090 95

**stamps endicia**   Shipping Label Receipt

Delivery Confirmation™ Service Number:

9405 5112 0620 4353 3053 25

Priority Mail with USPS TRACKING #*
Electronic Service Fee: $0.00
Additional Services: Insured
Total Postage and Fees: $7.99
Weight: 1 oz
Print Date: 04/04/2024         Mailing Date: 04/04/2024

From:   Carlos Leach
        The Leach Firm, P.A.
        1560 Orange Ave Ste 600
        Winter Park FL 32789-5552

To:     Milton Howard
        3701 Emerson St
        Jacksonville FL 32207-5642

USPS Postmark Here

*Regular Priority Mail Service postage rates apply. There is no fee for Delivery Confirmation™ service on Priority Mail services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

---



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComBasPrice

062S0014950535
8832822
FROM 32789

stamps endicia
04/04/2024

**USPS PRIORITY MAIL ®**

Carlos Leach
The Leach Firm, P.A.
1560 Orange Ave Ste 600
Winter Park FL 32789-5552

SHIP TO:
Milton Howard
3701 Emerson St
Jacksonville FL 32207-5642

USPS TRACKING #

9405 5112 0620 4353 3053 25

**stamps endicia**    Shipping Label Receipt

Delivery Confirmation™ Service Number:

**9405 5112 0620 4353 3004 67**

Priority Mail with USPS TRACKING #*
Electronic Service Fee: $0.00
Additional Services: Insured
Total Postage and Fees: $7.99
Weight: 1 oz
Print Date: 04/04/2024    Mailing Date: 04/04/2024

From:  Carlos Leach
       The Leach Firm, P.A.
       1560 Orange Ave Ste 600
       Winter Park FL 32789-5552

To:    Thomas Harvey Shuman
       3701 Emerson St
       Jacksonville FL 32207-5642

USPS Postmark Here

*Regular Priority Mail Service postage rates apply. There is no fee for Delivery Confirmation™ service on Priority Mail services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**
1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComBasPrice

0625000144330 1
8832822
FROM 32789

stamps endicia
04/04/2024

**USPS PRIORITY MAIL ®**

Carlos Leach
The Leach Firm, P.A.
1560 Orange Ave Ste 600
Winter Park FL 32789-5552

SHIP TO:  Thomas Harvey Shuman
          3701 Emerson St
          Jacksonville FL 32207-5642

USPS TRACKING #



9405 5112 0620 4353 3004 67